USCA1 Opinion

 

 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT _________________________ No. 96-1457 EVELYN COTTO, ET AL.,  Plaintiffs, Appellees, v. UNITED STATES OF AMERICA, Defendant, Appellee, _________________________ Peter John Porrata, Appellant. _________________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO [Hon. Jaime Pieras, Jr., Senior U.S. District Judge] _________________________ Before Selya, Circuit Judge, Cyr, Senior Circuit Judge, and Keeton*, District Judge. _________________________ Manuel Suarez, with whom Jose R. Franco was on brief, for appellant. Miguel A. Fernandez, Assistant United States Attorney, with whom  Guillerm o Gil, United States Attorney, and Fidel A. Sevillano Del Rio, Assistant United States Attorney, were on brief, for the United States. _________________________ June 10, 1997 _________________________ _________________ *Of the District of Massachusetts, sitting by designation. Per Curiam. Because the putative appellant, Peter John Porrata, is not and has never been a party to the underlying civil action, he does not have standing to appeal the district court's denial of the plaintiffs' second Rule 60(b) motion. See Karcher v. May, 484 U.S. 72, 77 (1987); Diamond v. Charles, 476 U.S. 54, 63-64 (1986); United States v. AVX Corp., 962 F.2d 108, 113-14 (1st Cir. 1992); Dopp v. HTP Corp., 947 F.2d 506, 512 (1st Cir. 1991). The appeal is therefore dismissed. Appeal dismissed.  2